IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Grady, Jeanette M

Printed: 11/25/08

Case Number: 08 B 18621
Judge: Wedoff, Eugene R
Filed: 7/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: November 17, 2008
Confirmed:  September 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,491.00 |  |
| Secured: |  | 325.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,067.75 |
| Trustee Fee: |  | 98.25 |
| Other Funds: |  | 0.00 |
| Totals: | 1,491.00 | 1,491.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,538.00 | 1,067.75 |
| 2. | Midamerica | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 3,975.49 | 325.00 |
| 4. | Midamerica | Secured | 25,923.95 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 597.04 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 6,441.69 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,705.90 | 0.00 |
| 9. | I C Systems Inc | Unsecured | 87.84 | 0.00 |
| 10. | Cook County Treasurer | Secured |  | No Claim Filed |
| 11. | Westgate Resorts Ltd | Secured |  | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 13. | Westgate Resorts Ltd | Unsecured |  | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,269.91 | $ 1,392.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 10.43 |
| 6.6% | 87.82 |
|  | $ 98.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Grady, Jeanette M

Printed: 11/25/08

Case Number:  08 B 18621
Judge:  Wedoff, Eugene R
Filed:  7/21/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

